1028

[No. 45989-9-I.   Division One.   May 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANK S. ROBERTS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-07066-2, Janice Niemi, J., entered January 24, 2000. *Dismissed* by unpublished per curiam opinion.

[No. 47053-1-I.   Division One.   May 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS CADY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-02604-3, Joan E. DuBuque, J., entered June 23, 2000. *Dismissed* by unpublished per curiam opinion.

[No. 47137-6-I.   Division One.   May 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. T.D., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-8-01985-0, James Bryan Street, J., entered July 27, 2000. *Dismissed* by unpublished per curiam opinion.

[No. 47191-1-I.   Division One.   May 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW ELI WHITLATCH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-00889-5, Michael Hayden, J., entered July 31, 2000. *Dismissed* by unpublished per curiam opinion.